# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:20-cv-00396-RJC

| | |
|---|---|
| HELEN HUGHES, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Plaintiff's request for judicial review of the Commissioner's decision that she is not disabled. The Commissioner filed a Motion for Remand requesting that this Court remand the case under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), because evidence submitted to the Appeals Council, after the decision of the Administrative Law Judge had been issued, should be considered. Good cause having been shown, the Court hereby remands this case to the Commissioner, under sentence six of 42 U.S.C. § 405(g), for further administrative proceedings. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), the Court shall retain jurisdiction while the case is pending before the Commissioner. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

**IT IS, THEREFORE, ORDERED** that this case be remanded to the Commissioner.

Signed: November 10, 2021

Robert J. Conrad, Jr.
United States District Judge